United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, Inc., individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHUNGHWA PICTURE TUBES, LTD., CHUNGHWA PICTURE TUBES (Malaysia) Sdn. Bhd., HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI ASIA, LTD., IRICO GROUP CORP., IRICO DISPLAY DEVICES CO., LTD., LG ELECTRONICS, INC., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, ORION ELECTRIC CO., LTD., ORION AMERICA, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA, SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC., SAMTEL COLOR, LTD., THAI CRT COMPANY, LTD., TOSHIBA CORPORATION, BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD., and LP DISPLAYS INTERNATIONAL, LTD.,<br><br>          Defendants. | Case No. 07-5944 SC<br><br>ORDER RELATING AND <u>CONSOLIDATING CASES</u> |

The Court has previously issued orders RELATING the following cases with the above-captioned case:

07-6433-SC
07-5981-SC
07-6279-SC
07-6303-SC
07-6331-SC
07-6225-SC
07-6416-SC

1    In addition, the Court hereby finds that the following cases
2 are also RELATED:
3 08-178-EDL
4 08-309-MMC
5    The Court also finds that all of the above-captioned cases
6 are suitable for CONSOLIDATION for the purposes of discovery and
7 pre-trial hearings.  This consolidation is warranted by common
8 questions of law and fact that pervade these individual matters.
9 Consolidation will facilitate discovery and conserve judicial
10 resources.
11    The consolidated cases will henceforth be referred to as "IN
12 RE: Cathode Ray Tube (CRT) Antitrust Litigation."  All documents
13 are to be filed under case number 07-5944-SC and all future
14 filings are to bear the initials "SC" immediately after the case
15 number.
16    All motions and proceedings now pending in any of these cases
17 is hereby STAYED pending a decision by the Multi District
18 Litigation (MDL) Panel on Plaintiff's Motion for Centralization in
19 case MDL No. 1917.

22    IT IS SO ORDERED.

24    Dated: January 22, 2008

26                                    UNITED STATES DISTRICT JUDGE

2