| | |
|---|---|
| *Attorney or Party without Attorney:*<br>R. ALEXANDER SAVERI<br>SAVERI & SAVERI, INC.<br>111 PINE STREET<br>SUITE 1700<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-217-6810 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 88 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* ORION HOME SYSTEMS, LLC
*Defendant:* CHUNGHWA PICTURE TUBS, LTD., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 08 0178 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Standing Order Re Case Management Conference; Contents Of Joint Case Management Statement; Welcome To The U.S. District Court; Drop Box Filing Proceduresecf Registration Information Handout.

3. a. Party served:      HITACHI AMERICA, LTD.
   b. Person served:    BECKY DEGEORGE, AGENT FOR SERVICE

4. Address where the party was served:    2730 GATEWAY OAKS DRIVE
                                           SUITE 100
                                           SACRAMENTO, CA 95823

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 16, 2008 (2) at: 1:05PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: HITACHI AMERICA, LTD.
   Other: A NEW YORK COMPANY

7. Person Who Served Papers:
   a. NANCY GRADDY

   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*   04-010
      (iii) *County:*            Placer

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Jan. 18, 2008

   (NANCY GRADDY)