1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

10

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC |
|---|---|
| This Document Relates to: *Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et al.* (Case No. CV-07-6279 SC) *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.* (Case No. CV-08-0178 SC) | [~~PROPOSED~~] **ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE 4-2(a)** Date:           N/A Time:           N/A Courtroom:      1, 17th Floor Judge: The Honorable Samuel Conti |

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE
4-2(a); CASE NO. CV-07-5944 SC

1　　　　　This matter came before the Court pursuant to Civil Local Rule 7-11.  Having considered

2　Plaintiffs' request and any opposition, and GOOD CAUSE appearing, IT IS HEREBY

3　ORDERED THAT:

4　　　　　The stay in this matter is lifted for the limited purpose of considering Plaintiffs' request

5　for the issuance of Letters Rogatory and relief from Civil Local Rule 4-2(a).

6　　　　　Plaintiffs' request for issuance of Letters Rogatory is GRANTED.  Letters Rogatory shall

7　issue in order to effect service of process on defendants Chunghwa Picture Tubes, Ltd.

8　("Chunghwa"), Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. ("Chunghwa Malaysia"), Hitachi

9　Asia, Ltd. ("Hitachi"), and Thai CRT Company, Ltd. ("Thai CRT") in the following two actions:

10　*Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-07-

11　6279 SC ("*Hawel*"); and *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.*,

12　Case No. CV-08-0178 SC ("*Orion*").

13　　　　　Plaintiffs' request for relief from Civil Local Rule 4-2(a) is also GRANTED.

14　　　　　IT IS SO ORDERED.

15

16

17　Dated: ___2/13/08_____　　　_____

18　　　　　　　　　　　　　　　　　　　The Honorable Samuel Conti
　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court for
　　　　　　　　　　　　　　　　　　　　the Northern District of California

19

20

21

22

23

24

25　Crt.034

26

27

28

2

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE
4-2(a); CASE NO. CV-07-5944 SC