Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
Gianna Gruenwald (228969)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

Attorneys for Plaintiff Orion Home Systems, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC |
| _____ | |
| **This Document Relates to:** | |
| ***Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.,*** **Case No. CV-08-0178 SC** | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** Courtroom:  1, 17th Floor Judge: The Honorable Samuel Conti |

1      The United States District Court for the Northern District of California presents its

2 compliments to the Appropriate Judicial Authority of Thailand, and requests international

3 assistance to effect Service of Process to be used in a civil proceeding before this Court in the

4 action titled *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.,*

5 Case No. CV-08-0178 SC.

6 **I.    REQUEST**

7      This Court requests the assistance described herein as necessary in the interests of justice.

8 The assistance requested is that the Appropriate Judicial Authority of Thailand effect Service of

9 Process of the: Summons in a Civil Case; Class Action Complaint; Order Setting Case

10 Management Conference/ Order Re Timely Filing of Pleadings, Briefs, Motions, Etc./ Standing

11 Order for All Judges of the Northern District of California; Consent to Proceed Before a United

12 States Magistrate Judge; ECF Registration Information Handout; and Certified Translations on

13 the below named business entity, a named defendant in this action:

14                             Thai CRT Company, Ltd.
                            1/F 26 Siam Cement Rd., Bangsue Dusit

15                             Bangkok, Thailand

16

17      The Appropriate Judicial Authority of Thailand is requested to serve the documents listed

18 above by personal service into the hands of a director, managing agent or other person authorized

to accept service, or in a manner of service consistent with the law of Thailand.

19

20 **II.    FACTS OF THIS CASE**

21      Plaintiff filed a class action complaint against several manufacturers of televisions,

computer monitors, and other electronic devices, including defendant Thai CRT Company, Ltd.,

22 for conspiring to fix the price of cathode ray tube products ("CRTs") in violation of United States

23 antitrust laws.  Plaintiff purchased CRTs in the United States directly from defendants.  Plaintiff

24 alleges that beginning at least as early as January 1, 1995, the exact date being unknown to

25 plaintiff, named defendants conspired, combined and contracted to fix, raise, maintain, and

26 stabilize the prices at which CRTs were sold in the United States.  Defendants, by and through

27 their officers, directors, employees, agents, or other representatives, entered in a continuing

28

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE; CASE NO. CV-07-5944 SC

1   contract, combination or conspiracy to unreasonably restrain trade and commerce in violation of

2   Section 1 of the Sherman Antitrust Act, 15 U.S.C. §1.  As a result, Plaintiff was forced to pay

3   more for CRTs than they would have paid in a competitive CRT market.  For its injuries, Plaintiff

4   is requesting treble damages and an injunction enjoining defendants' anti-competitive activity

5   under sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26.

6   **III.**    **RECIPROCITY**

7       The United States District Court for the Northern District of California is willing to

8   provide similar assistance to the judicial authorities of Thailand.

9   **IV.**    **REIMBURSEMENT FOR COSTS**

10       Counsel for plaintiff is willing to ensure reimbursement to the judicial authorities of

11   Thailand for costs incurred in executing this letter rogatory.  If the cost of executing this Court's

12   letter rogatory exceeds $500.00, the judicial authorities of Thailand are requested to contact the

13   following counsel for plaintiff:

14
15             R. Alexander Saveri
               Saveri & Saveri, Inc.
15             111 Pine Street, Suite 1700
16             San Francisco, CA 94111
               Telephone: 415-217-6810
16             Facsimile:  415-217-6813
17             Email: rick@saveri.com

18

19   **V.**    **TIME TO RESPOND**

       In acknowledgment of the additional time which is needed to prepare and file a

20   responsive pleading to the attached documents, the time period is extended to 45 days after

21   service.

22   Dated: _ 2/13 _____, 2008.

23   [COURT SEAL]             _____
                     The Honorable Samuel Conti
24                     United States District Court
                     Northern District of California
25                     450 Golden Gate Ave.
                     San Francisco, CA 94102
26                     United States of America
   Crt.033
27

28

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE; CASE NO. CV-07-5944 SC