1  Guido Saveri (22349)
R. Alexander Saveri (173102)
2  Cadio Zirpoli (179108)
Gianna Gruenwald (228969)
3  SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
4  San Francisco, CA 94111
Telephone:  (415) 217-6810
5  Facsimile:  (415) 217-6813
guido@saveri.com
6  rick@saveri.com
cadio@saveri.com
7
Attorneys for Plaintiff Orion Home Systems, LLC
8
**IN THE UNITED STATES DISTRICT COURT**
9
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
**SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC |
| **This Document Relates to:** | |
| *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.,* **Case No. CV-08-0178 SC** | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>Courtroom:  1, 17th Floor<br>Judge: The Honorable Samuel Conti |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE; CASE NO. CV-07-5944 SC

1    The United States District Court for the Northern District of California presents its

2  compliments to the Appropriate Judicial Authority of Taiwan, and requests international

3  assistance to effect Service of Process to be used in a civil proceeding before this Court in the

4  action titled *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-08-

5  0178 SC.

6  **I.    REQUEST**

7    This Court requests the assistance described herein as necessary in the interests of justice.

8  The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of

9  Process of the: Summons in a Civil Case; Class Action Complaint; Order Setting Case

10  Management Conference/ Order Re Timely Filing of Pleadings, Briefs, Motions, Etc./ Standing

11  Order for All Judges of the Northern District of California; Consent to Proceed Before a United

12  States Magistrate Judge; ECF Registration Information Handout; and Certified Translations on

13  the below named business entity, a named defendant in this action:

14                    Chunghwa Picture Tubes, Ltd.
                   1127 Heping Road
15                    Bade City, Taoyuan
                   Taiwan

16

17    The Appropriate Judicial Authority of Taiwan is requested to serve the documents listed

18  above by personal service into the hands of a director, managing agent or other person authorized

19  to accept service, or in a manner of service consistent with the law of Taiwan.

20  **II.    FACTS OF THIS CASE**

21    Plaintiff filed a class action complaint against several manufacturers of televisions,

22  computer monitors, and other electronic devices, including defendant Chunghwa Picture Tubes,

23  Ltd., for conspiring to fix the price of cathode ray tube products ("CRTs") in violation of United

24  States antitrust laws.  Plaintiff purchased CRTs in the United States directly from defendants.

25  Plaintiff alleges that beginning at least as early as January 1, 1995, the exact date being unknown

26  to plaintiff, named defendants conspired, combined and contracted to fix, raise, maintain, and

27  stabilize the prices at which CRTs were sold in the United States.  Defendants, by and through

28  their officers, directors, employees, agents, or other representatives, entered in a continuing

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE; CASE NO. CV-07-5944 SC

1  contract, combination or conspiracy to unreasonably restrain trade and commerce in violation of

2  Section 1 of the Sherman Antitrust Act, 15 U.S.C. §1.  As a result, Plaintiff was forced to pay

3  more for CRTs than they would have paid in a competitive CRT market.  For its injuries, Plaintiff

4  is requesting treble damages and an injunction enjoining defendants' anti-competitive activity

5  under sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26.

6  **III.    RECIPROCITY**

7       The United States District Court for the Northern District of California is willing to

8  provide similar assistance to the judicial authorities of Taiwan.

9  **IV.    REIMBURSEMENT FOR COSTS**

10       Counsel for plaintiff is willing to ensure reimbursement to the judicial authorities of

11  Taiwan for costs incurred in executing this letter rogatory.  If the cost of executing this Court's

12  letter rogatory exceeds $500.00, the judicial authorities of Taiwan are requested to contact the

13  following counsel for plaintiff:

14                    R. Alexander Saveri
                      Saveri & Saveri, Inc.
15                    111 Pine Street, Suite 1700
                      San Francisco, CA 94111
16                    Telephone: 415-217-6810
                      Facsimile:  415-217-6813
17                    Email:  rick@saveri.com

18  **V.    TIME TO RESPOND**

19       In acknowledgment of the additional time which is needed to prepare and file a

20  responsive pleading to the attached documents, the time period is extended to 45 days after

21  service.

22  Dated: ___2/13_____, 2008.          _____

23  [COURT SEAL]                          The Honorable Samuel Conti
                                          United States District Court
24                                        Northern District of California
                                          450 Golden Gate Ave.
25                                        San Francisco, CA 94102
                                          United States of America

26

27

28  Crt.027

3

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE; CASE NO. CV-07-5944 SC