United States District Court
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   In Re: Cathode Ray Tube (CRT)    )   Case No. 07-5944 SC
    Antitrust Litigation             )
9   _____ )   ORDER CORRECTING
                                     )   CLERICAL ERROR
10  CRAGO, Inc.,                     )
                                     )
11              Plaintiff,           )
                                     )
12       v.                          )
                                     )
13  CHUNGHWA PICTURE TUBES, LTD., et )
    al.,                             )
14                                   )
                Defendants.          )
15  _____ )

16

17       The Court notes that several previous Orders issued in this

18  case contain the incorrect MDL number of 1971.  The correct MDL

19  number is 1917.  Pursuant to Federal Rule of Civil Procedure

20  60(a), all previous Orders containing the incorrect MDL number are

21  hereby amended.

22

23

24       IT IS SO ORDERED.

25

26       Dated: March 17, 2008

27                                   _____

28                                   UNITED STATES DISTRICT JUDGE